UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY CALVIT, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:21-CV-04296 |
| VERSUS | DISTRICT JUDGE DRELL |
| WAL-MART STORES, INC., ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Remand (ECF No. 7) is DENIED.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana on this _3rd_ day of _October_ 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT